[No. 25014-4-II.   Division Two.   February 23, 2001.]

*In the Matter of the Marriage of* ROGER LAWRENCE, *Appellant*, and KIMBERLY LAWRENCE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-3-03121-6, Kitty-Ann van Doorninck, J., entered July 30, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25071-3-II.   Division Two.   February 23, 2001.]

THE STATE OF WASHINGTON, *on the relation of Leadee Houtz Markel, Respondent*, v. ERIC D. MARKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-01390-0, James R. Orlando, J. Pro Tem., entered August 17, 1999. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25520-1-II.   Division Two.   February 23, 2001.]

REX BRYANT, ET AL., *Appellants*, v. CRAFTSMAN SANDRINI BOYS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-2-00622-4, David R. Draper, J., entered January 10, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 25659-2-II.   Division Two.   February 23, 2001.]

*In the Matter of the Estate of* LOUIS D. MOTT.

Appeal from a judgment of the Superior Court for Mason County, No. 99-4-00130-4, Robert W. Johnson, J. Pro Tem., entered February 1, 2000. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Quinn-Brintnall, JJ.